UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                         )<br>        Plaintiff,           )<br>                                         )<br>v.                                         )<br>                                         )<br>MIGUEL NOLASCO-HERNANDEZ,    )<br>                                         )<br>        Defendant.         )<br>_____) | Case No. 07mj8870<br><br><br>CERTIFICATE OF SERVICE |

       Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

       United States Attorney's Office
       880 Front Street
       San Diego, CA  92101


Dated:  October 29, 2007                                                                             _/s/ Robert H. Rexrode, III_
                                                                                               ROBERT H. REXRODE, III
                                                                                               Federal Defenders
                                                                                               225 Broadway, Suite 900
                                                                                               San Diego, CA 92101-5030
                                                                                               (619) 234-8467  (tel)
                                                                                               (619) 687-2666  (fax)
                                                                                               robert_rexrode@fd.org