FILED

NOV - 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_                    DEPUTY

1
2
3
4
5

6               UNITED STATES DISTRICT COURT

7               SOUTHERN DISTRICT OF CALIFORNIA

8
UNITED STATES OF AMERICA,        )   Criminal Case No. 07CR3010-JAH
9
                Plaintiff,       )   I N F O R M A T I O N
10                               )
    v.                           )   Title 8, U.S.C.,
11                               )   Sec. 1324(a)(1)(A)(i) and (v)(II)
MIGUEL NOLASCO-HERNANDEZ,        )   - Bringing in Illegal Aliens and
12                               )   Aiding and Abetting
                Defendant.       )
13 _____ )

14       The United States Attorney charges:

15       On or about October 22, 2007, within the Southern District of

16  California, defendant MIGUEL NOLASCO-HERNANDEZ, with the intent to

17  violate the immigration laws of the United States, did bring or

18  attempt to bring into the United States an alien, namely,

19  Jose Gonzalez-Ramiro, knowing that said person was an alien, at a

20  place other than a designated port of entry and at a place other than

21  as designated by the Department of Homeland Security; in violation of

22  Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

23       DATED: _November 6, 2007_.

24                                  KAREN P. HEWITT
                                    United States Attorney
25

26                                  _John F. Clark for_

27                                  AARON B. CLARK
                                    Assistant U.S. Attorney
28

ABC:drh:Imperial
11/6/07