**FILED**

DEC - 4 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of
Substitution of Counsel,

ROBERT H. REXRODE, III, Esq.

)
)
)
)
)
)
)
)

**ORDER
FOR SUBSTITUTION OF COUNSEL
AND NOTICE OF APPEARANCE**

**IT IS HEREBY ORDERED** that Robert H. Rexrode, III, upon her departure from Federal Defenders of San Diego, Inc., and entering into private practice at 427 West C Street, Suite 300, San Diego, California, 92101, Phone (619) 233-3169, Fax (619) 330-4521, Email *robert_rexrode@rexrodelawoffices.com* be substituted as appointed counsel and that Federal Defenders be relieved in the following cases as listed in the attached, effective after November 30, 2007.

**SO ORDERED.**

DATE December 4, 2007

HONORABLE IRMA E. GONZALEZ
Chief Judge, United States District Court
Southern District of California

**CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC., TO ROBERT H. REXRODE, III, ESQ., CALIFORNIA BAR NO. 230024 AS APPOINTED COUNSEL OF RECORD EFFECTIVE AFTER DECEMBER 1, 2007**

UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

| CASE NAME | CASE NO., NEXT COURT DATE, JUDGE |
|---|---|
| U.S. v. Benito Mata | 07cr2527-H   11/22/08   MHTS   MLH |
| U.S. v. Miguel Nolasco-Hernandez | 07cr3010-JAH   02/25/08   SENT   JAH |
| U.S. v. Carlos Palomares-Lopez | 07cr2629-IEG   01/07/08   SENT   MLH |
| U.S. v. Israel Flores-Rodriguez | 04cr2061-BTM   12/03/07   EVID   BTM |
| U.S. v. Angel Seaman-Verdugo | 07cr2347-BEN   12/03/07   SENT   BEN |
| U.S. v. Joshua David Shuffield | 07cr2504-W |

1