```
 1  KAREN P. HEWITT
    United States Attorney
 2  CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
 3  California State Bar No. 166022
    880 Front Street, Room 6293
 4  San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5  Email: Christopher.Tenorio@usdoj.gov

 6  Attorneys for Plaintiff
    United States of America
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3010-JAH |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| MIGUEL NOLASCO-HERNANDEZ, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Please call me if you have any questions about this notice.

DATED:   February 11, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

_s/ Christopher P. Tenorio_
CHRISTOPHER P. TENORIO
Assistant U.S. Attorney

|    |                                                          |
|----|----------------------------------------------------------|
| 1  |                                                          |
| 2  |                                                          |
| 3  |                                                          |
| 4  |                                                          |
| 5  |         UNITED STATES DISTRICT COURT                     |
| 6  |         SOUTHERN DISTRICT OF CALIFORNIA                  |

UNITED STATES OF AMERICA,    )   Case No. 07CR3010-JAH
                             )
            Plaintiff,       )   **CERTIFICATE OF SERVICE**
                             )
      v.                     )
                             )
MIGUEL NOLASCO-HERNANDEZ,    )
                             )
            Defendant.       )
_____)

IT IS HEREBY CERTIFIED THAT:

   I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

   **Robert Rexrode, III, Esq.**

   I declare under penalty of perjury that the foregoing is true and correct.

   Executed on February 11, 2008.

                          s/ *Christopher P. Tenorio*
                          CHRISTOPHER P. TENORIO
                          Assistant U.S. Attorney