**ROBERT H. REXRODE, III**
California State Bar No. 230024
427 C Street, Suite 300
San Diego, California  92101
Telephone:  (619) 233-3169, ext. 13
Facsimile:    (619) 684-3553
robert_rexrode@rexrodelawoffices.com

Attorney for Mr. Nolasco-Hernandez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | CASE NO.  07cr03010-JAH |
|                          )              |  |
|           Plaintiff,             )              |  |
| v.                       )              |  |
|                          )              | PROOF OF SERVICE |
| MIGUEL NOLASCO-HERNANDEZ,  )              |  |
|                          )              |  |
|           Defendant.             )              |  |
| _____     ) | _____ |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Christopher Tenorio, Assistant United States Attorney
    christopher.tenorio@usdoj.gov efile.dkt.gc2@usdoj.gov

                                 Respectfully submitted,

                                 /s/     Robert H. Rexrode

Dated: February 18, 2008        **ROBERT H. REXRODE, III**
                                     Attorney for Defendant
                                     robert_rexrode@rexrodelawoffices.com